

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00003-CV

---

JAMIE LYNN WILLIAMS, APPELLANT

V.

HAPPY STATE BANK, APPELLEE

---

On Appeal from the 84th District Court
Hutchinson County, Texas
Trial Court No. 44,794, Honorable Curt Brancheau, Presiding

---

January 26, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant Jamie Lynn Williams filed a notice of appeal from the trial court's judgment without paying the requisite filing fee. By letter of January 4, 2022, the Clerk of this Court notified Williams that the filing fee was overdue and that unless she was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by January 14 would result in dismissal of the appeal. To date, Williams has not paid the filing fee or sought leave to proceed without payment of court costs.

Because Williams has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam